# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

**DEBORAH R. NORAH,**

    **Plaintiff,**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

**Civil Action 2:11-cv-00250**
**Judge Algenon L. Marbley**
**Magistrate Judge E.A. Preston Deavers**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the March 20, 2012 Opinion and Order, the Court ADOPTED the Report and Recommendation. The plaintiff's Objections are OVERRULED. This decision of the Commissioner is AFFIRMED.

Date: **March 20, 2012**           **James Bonini, Clerk**

                                                   s/Betty L. Clark
                                                    Betty L. Clark/Deputy Clerk